# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 4:18-cv-00203-KAW |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| IMPERIAL HERITAGE LLC, | |
| Defendant. | |

Upon Stipulation and good cause shown,

IT IS HEREBY ORDERED dismissing the above case with prejudice; each party to bear her/its own fees and costs.

DATED this __8th__ day of May, 2018.

*Kandis Westmore*
Judge of the U.S. District Court